IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALONZO VILLALPANDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-CV-2611-N-BW |
| | § | |
| UNIFIRST HR COMPLIANCE, et al., | § | |
| | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation and the Supplemental Findings, Conclusions and Recommendations of the United States Magistrate Judge, and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions and the Supplemental Findings, Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, this action will be dismissed for failure to serve the defendants.

**SO ORDERED** this 27th day of July, 2025.

_____
DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE